**Dismissed; Opinion Filed December 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00476-CR

**DANIEL RODRIGUEZ SALDANA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-47041-U**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Before the Court is appellant's December 2, 2019 motion to dismiss the appeal. The

motion is signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant the motion

and dismiss this appeal.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190476F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DANIEL RODRIGUEZ SALDANA,
Appellant

No. 05-19-00476-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-47041-U.
Opinion delivered by Justice Partida-
Kipness, Justices Osborne and Pedersen, III
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 10th day of December, 2019.